# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ro'Sha' Lafran Bennett,

    Plaintiff(s),

vs.

(FNU) Stevens; (FNU) Keiler; and Derek James

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06-cv-38-2-MU

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 24, 2006 Order.

**Signed: February 27, 2006**

Frank G. Johns, Clerk
United States District Court